JS 45 (01/2008)                        **REDACTED**

Criminal Case Cover Sheet                                                                    U.S. District Court

**Place of Offense:**           Case Under Seal: Yes ___ No X     Judge Assigned: _____
City    Norfolk, VA             Superseding Indictment ___        Criminal Number: 2:25cr122
County/Parish _____           Same Defendant ___                New Defendant ___
                                Magistrate Judge Case Number ___  Arraignment Date: _____
                                Search Warrant Case Number ___    **TRANSFER to Norfolk**
                                                                  **Arraignment Date:**
                                R 20/R 40 from District of ___    **In Norfolk**
                                Related Case Name and No: _____

Defendant Information:

**Juvenile** --Yes ___ No X  **FBI #** _____
**Defendant Name:** Letitia A. James      Alias Name(s) _____
**Address:** Brooklyn NJ  11238
**Employment:** _____
**Birth date** 1958    **SS#** 5080    **Sex** F  Def Race ___    Nationality ___    Place of Birth ___
**Height** ___    **Weight** ___    **Hair** ___    Eyes ___    Scars/Tattoos ___
   **Interpreter:** No ___ Yes ___ List language and/or dialect: ___   Automobile Description ___

Location Status:

Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    X Not in Custody
___ Arrest Warrant Requested    ___ Fugitive    X Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought    ___ Bond

Defense Counsel Information:
Name:  Abbe David Lowell          ___ Court Appointed    Counsel conflicted out: _____
       1250 H Street, NW
Address:  Washington DC  20005    X Retained
Telephone: _____        ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
AUSA  Lindsey Halligan    Telephone No:  703-299-3700    Bar #109481

Complaintant Agency, Address & Phone Number  or Person & Title:
 Federal Bureau of Investigation, Washington Field Office

U.S.C. Citations:

|       | **Code/Section**    | Description of Offense Charged              | Count(s) | Capital/Felony/Misd/Petty |
|-------|---------------------|---------------------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 1344    | Bank Fraud                                  | 1        | Felony                    |
| Set 2 | 18 U.S.C. § 1014    | False Statements to a Financial Institution | 2        | Felony                    |
| Set 3 |                     |                                             |          |                           |

(May be continued on reverse)

Date: _____    Signature of AUSA:    /s/ _____