JS 45 (01/2008) **REDACTED**

## Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**   Case Under Seal: Yes ___ No X   Judge Assigned: _____

City   Norfolk, VA   Superseding Indictment _____   Criminal Number: 2:25-cr-122

County/Parish _____   Same Defendant _____   New Defendant _____

Magistrate Judge Case Number _____   Arraignment Date: _____

Search Warrant Case Number _____   **TRANSFER to Norfolk**

R 20/R 40 from District of _____   **Arraignment Date: In Norfolk**

Related Case Name and No: _____

Defendant Information:

**Juvenile --Yes** ___ **No** X   **FBI #** _____

**Defendant Name:** Letitia A. James   Alias Name(s) _____

**Address:** Brooklyn NY 11238

**Employment:** _____

**Birth date** 1958   **SS#** 5080   **Sex** F   **Def Race** _____   Nationality _____   Place of Birth _____

**Height** ___ **Weight** ___ **Hair** ___   Eyes ___   Scars/Tattoos _____

**Interpreter:** No ___ Yes ___   List language and/or dialect: _____   Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   X Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   X Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:

Name:   Abbe David Lowell   ___ Court Appointed   Counsel conflicted out: _____

Address:   1250 H Street, NW
Washington DC 20005   X Retained

Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: _____

U.S. Attorney Information:

AUSA   Lindsey Halligan   Telephone No: 703-299-3700   Bar #109481

Complainant Agency, Address & Phone Number or Person & Title:
Federal Bureau of Investigation, Washington Field Office

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. § 1014 | False Statements to a Financial Institution | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: _____   Signature of AUSA:   /s/