# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v. ) <br> ) <br> **LETITIA A. JAMES,** ) <br> ) <br> **Defendant.** ) <br> ) | Case No. 2:25-cr-122 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Bosse of Baughman Kroup Bosse PLLC hereby appears as attorney of record for Letitia A. James in this matter and requests that copies of all papers in this action be served upon the undersigned.

Dated: Norfolk, Virginia
October 16, 2025

BAUGHMAN KROUP BOSSE PLLC

By: /s/ Andrew Bosse

Andrew Bosse
VSB No. 98616
500 E. Main St. – Suite 1400
Norfolk, VA 23510
(757) 916-5771
abosse@bkbfirm.com

*Attorneys for Letitia A. James*
