**ORIGINAL**

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LETITIA A. JAMES | ) | Case No.   2:25-cr-122 |
| | ) | |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition ☐ Violation Notice  ☐ Order of Court

| Place:  United States District Court Walter E. Hoffman U.S. Courthouse 600 Granby Street Norfolk, Virginia 23510 | Courtroom No.:   Magistrate Courtroom #2 |
|---|---|
| | Date and Time:   10/24/2025 9:00 am |

This offense is briefly described as follows:

T. 18 U.S.C. § 1344 - Bank Fraud (Count 1, et. al.)

Date:   10/09/2025

_Issuing officer's signature_

Ivan D. Davis, U.S. Magistrate Judge
_Printed name and title_

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date:   10/16/2025

_Server's signature_

Edwin Morales, DUSM
_Printed name and title_