AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>LETITIA A. JAMES<br>*Defendant* | ) ) ) ) ) Case No. 2:25-CR-00122 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA.

Date: 10/22/2025

/s/ Roger A. Keller, Jr.
*Attorney's signature*

Roger A. Keller, Jr., 42541 (Missouri)
*Printed name and bar number*

United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Roger.Keller@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*