# Exhibit B

**Lindsey Halligan**
⏱ 8h

# LH

**Lindsey Halligan** ›

⚲? **Profile names** are not verified
👥 No groups in common

⏱ Unknown set disappearing message time to 8 hours.

> Anna,
>
> Lindsey Halligan here. You are reporting things that are simply not true.
>
> Thought you should have a heads up.
>
> 12m ⏱

💬 You accepted the message request.

**Options**

Hey Lindsey, thanks for getting in touch. Accuracy is important to me and I'd love hear what you think I've got wrong so I can

**Lindsey Halligan**
8h

You accepted the message request.

Options

> Hey Lindsey, thanks for getting in touch. Accuracy is important to me and I'd love to hear what you think I've got wrong so I can correct it if I've made an error. But just to confirm this is really you (can never be too careful about this kind of thing): Can you tell me where we first met, and who you were with?
> 5m

Breakers; Trusty. Got your name from your X account.
4m

👍

> Awesome, thanks! Ok, I'm all ears: What am I getting wrong?
> 4m

Honestly, so much. I can't tell you everything but your reporting in particular is just way off. I had to let you know.
3m

It's clear you don't have sources that are accurately telling you what you're writing. Seems clear to me that you just jump to your biased conclusions based off of what you read instead of truly looking into the evidence.
2m

1:48

  

**Lindsey Halligan**
LH
⏲ 8h

Awesome, thanks! Ok, I'm all ears: What am I getting wrong?    19m

Honestly, so much. I can't tell you everything but your reporting in particular is just way off. I had to let you know.    18m

It's clear you don't have sources that are accurately telling you what you're writing. Seems clear to me that you just jump to your biased conclusions based off of what you read instead of truly looking into the evidence.    17m

house on a quiet stretch of avenue in Norfolk, Va., swung open to admit a young family looking for a peaceful life after years of turbulence in several cities.

The family, Nakia Thompson and her children, have lived at the address ever since, according to two people familiar with the home, and until this week, the plan for a more placid existence had largely gone as expected. Several times a year, the people said, a great-aunt who had purchased the house in 2020 with Ms. Thompson in mind would come for an extended stay.

This week, with the filing of court papers some 200 miles north, the plan came to an abrupt end. The great-aunt — Letitia James, the New York attorney general — was indicted by President

**Anna Bower (@AnnaBower) on X**

NYT reports that Letitia James's great niece lives in the home that is the subject of the

Message

**Lindsey Halligan**
8h

> x.com

> https://x.com/annabower/status/1977046307970895925?s=46&t=G_8uQ34lDrvrFy9lofZOCg
>
> Are you saying that something I said in this post is inaccurate? And if so, what? (Sorry, just trying to figure out what exactly we're talking about here.)  5m

> You're assuming exculpatory evidence without knowing what you're talking about. It's just bizarre to me. If you have any questions, before you report, feel free to reach out to me. But jumping to conclusions does your credibility no good.  4m

> I think I made it clear that my post was based on the New York Times report, not my own reporting. Did they get something wrong?  1m

> Yes they did but you went with it! Without even fact checking anything!!!!  Now

> And they are disclosing grand jury info – which is also not a full representation of what happened. I guess I expect them to do that but I was surprised by you running with it.  Now

**Lindsey Halligan**
8h

> Are you saying that something I said in this post is inaccurate? And if so, what? (Sorry, just trying to figure out what exactly we're talking about here.)
> 8m

You're assuming exculpatory evidence without knowing what you're talking about. It's just bizarre to me. If you have any questions, before you report, feel free to reach out to me. But jumping to conclusions does your credibility no good.
7m

> I think I made it clear that my post was based on the New York Times report, not my own reporting. Did they get something wrong?
> 4m

Yes they did but you went with it! Without even fact checking anything!!!!
3m

And they are disclosing grand jury info – which is also not a full representation of what happened. I guess I expect them to do that but I was surprised by you running with it.
2m

> I'm happy to retract or correct anything that is untrue. But I can't do that if I don't know what the supposed error is. Can you be more specific?
> Now

**Lindsey Halligan**
8h

without knowing what you're talking about. It's just bizarre to me. If you have any questions, before you report, feel free to reach out to me. But jumping to conclusions does your credibility no good.

8m

> I think I made it clear that my post was based on the New York Times report, not my own reporting. Did they get something wrong?
>
> 5m

Yes they did but you went with it! Without even fact checking anything!!!!

4m

And they are disclosing grand jury info - which is also not a full representation of what happened. I guess I expect them to do that but I was surprised by you running with it.

3m

> I'm happy to retract or correct anything that is untrue. But I can't do that if I don't know what the supposed error is. Can you be more specific?
>
> Now

You should read the indictment    Now

It says she received thousand(s) of dollars in rent

Now

I can't tell you grand jury stuff    Now

**Lindsey Halligan**
8h

> And they are disclosing grand jury info – which is also not a full representation of what happened. I guess I expect them to do that but I was surprised by you running with it.
> 15m

> I'm happy to retract or correct anything that is untrue. But I can't do that if I don't know what the supposed error is. Can you be more specific?
> 13m

> You should read the indictment 12m

> It says she received thousand(s) of dollars in rent
> 12m

> I can't tell you grand jury stuff 12m

> I read the NY Times report as saying that Nakia testified that she lived in the house for years without paying rent. Though the indictment says there were thousands of dollars of rent paid *at one point,* I don't see that as inconsistent with her testimony as reported by the NY Times. James's ethics disclosures report between $1,000–$5,000 in rent back in 2020. But after that, she didn't disclose additional rental income. I'm still not sure I understand what's incorrect about the NY Times account or my summary of it.
> Now

**Lindsey Halligan**
8h

> as reported by the NY Times. James's ethics disclosures report between $1,000–$5,000 in rent back in 2020. But after that, she didn't disclose additional rental income. I'm still not sure I understand what's incorrect about the NY Times account or my summary of it.
>
> 17m

Anna,

You're biased. Your reporting isn't accurate. I'm the one handling the case and I'm telling you that. If you want to twist and torture the facts to fit your narrative, there's nothing I can do. Waste to even give you a heads up.

11m

> You've approached me in saying that I've compounded or repeated something inaccurate in the New York Times's account of Nakia's testimony. I am happy to correct it, but I can't do so without a sense of what I supposedly got wrong. I'm sorry.
>
> 2m

Continue to do what you have been and you'll be completely discredited when the evidence comes out.

1m

> Ok, thank you. I'd love to talk further when you are more at liberty to be specific.
>
> Now

**Lindsey Halligan**
8h

# Lindsey Halligan

- ☉? Profile names are not verified
- ❓ No groups in common

⏱ Unknown set disappearing message time to 8 hours.

💬 You accepted the message request.

**Options**

> I've been thinking about what you said and I appreciate you reaching out. At the time, I was pretty focused on what I might've gotten wrong in the tweet. But I'm curious for your thoughts more broadly. What are you most frustrated that reporters aren't focusing on or writing about with respect to this case?
>
> 9:19 PM

**New Messages**

> No frustration generally with reporters. You're the only reporter I reached out to.
>
> Now ⓘ

**Lindsey Halligan**
8h

*Yesterday*
You accepted the message request.

Options

*Today*

Got it, thanks. And again, I do really appreciate you reaching out. I have a bunch of questions about some of the reporting around all of this, and I'm sure I will in the future. I'd love to stay in touch if you're open to it.
44m

Like, for example, I just saw the Wall Street Journal report saying that you are "likely to bring additional charges" against James. Is that something to expect this week? Or further down the line?
44m

You don't report fairly!

&

I can't discuss any potential charges with reporters. If evidence arises that warrants further charges, I'll look into it!
8m

Ok, I was just wondering for planning purposes, but that's fine. I thought you said I was welcome to reach out to you about what other outlets are reporting.
Now

Message

**Lindsey Halligan**
8h

&

Today

I can't discuss any potential charges with reporters. If evidence arises that warrants further charges, I'll look into it!    23m

Ok, I was just wondering for planning purposes, but that's fine. I thought you said I was welcome to reach out to you about what other outlets are reporting.    15m

Why do you report on what other outlets are reporting? If I was you, I'd develop sources myself and out compete all of them!    13m

Well, I guess I'm a bit confused. You got in touch with me yesterday and told me I was welcome to reach out to you with questions. You obviously know better than anyone what's going on in this case. What was the purpose of reaching out to me, if not to open a line of communication? Was it just to insult my reporting?    4m

No it was for you to correct it, which you refused to do. You don't report fairly.    3m

I am more than happy to correct it, but you still haven't told me what's incorrect! What precisely is wrong with the tweet?    Now

**Lindsey Halligan**
⏱ 8h

# LH

## Lindsey Halligan ›

👤? **Profile names** are not verified

👥 No groups in common

---

Sat, Oct 11

⏱ Unknown set disappearing message time to 8 hours.

💬 You accepted the message request.

**Options**

Today

> Maybe you can provide some perspective on this. I took another look at the indictment. It alleges that James claimed "thousand(s)" of dollars in rental income on "tax form(s)." I'm still having trouble understanding how that contradicts the account in the NYT. It's too vague. Why use "(s)"? Why not just state the actual amount of rental income reported and the relevant year(s) in which the tax form(s) were filed?
>
> Now ⓘ ✓

9:05

Lindsey Halligan
8h

## Lindsey Halligan

Profile names are not verified

No groups in common

**Sat, Oct 11**

Unknown set disappearing message time to 8 hours.

You accepted the message request.

Options

**Today**

It seems like you're not interested in answering my questions and I understand that. But if you change your mind and can provide some perspective on any of the following, here are a few things I'd be interested for your thoughts on:

— Again, why use the language "thousand(s)" and "tax form(s)" in the

Message

9:05

< LH  **Lindsey Halligan**
⏲ 8h

Today

It seems like you're not interested in answering my questions and I understand that. But if you change your mind and can provide some perspective on any of the following, here are a few things I'd be interested for your thoughts on:

— Again, why use the language "thousand(s)" and "tax form(s)" in the James indictment? The timing and amount of money collected are really consequential details and I can't understand why the indictment seems to hide the ball on that point. It would be much appreciated if you could help me understand what's going on there.

— It's been reported that Pam, Todd, and Erik Siebert (in addition to a bunch of other career prosecutors) all expressed concerns about the strength of the James case. Todd and Pam were supposedly "caught off guard" by the indictment. If the case is as strong as you say it is, what's up with that?

— Do you have a sense of which AUSAs will work on the James case? I.e., Will Diaz and Lemons work on that one, too? Or will it be people already at EDVA?

Thank you and I hope to hear from you soon.    Now

**Lindsey Halligan**
⏱ 8h

Sat, Oct 11

Unknown set disappearing message time to 8 hours.

You accepted the message request.

Options

Today

By the way - everything I ever sent you is off record. You're not a journalist so it's weird saying that but just letting you know.
32m

I'm sorry, but that's not how this works. You don't get to say that in retrospect.
24m

Yes I do. Off record. 23m

I am really sorry. I would have been happy to speak with you on an off the record basis had you asked. But you didn't ask, and I still haven't agreed to speak on that basis. Do you have any further comment for the story?
7m

It's obvious the whole convo is off record. There's disappearing messages and it's on signal. What is your story? You never even told me about a story.
6m

Message