# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

### *Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No. 2:25-cr-122-JKW-DEM |
| LETITIA A. JAMES, | * |
| Defendant. | * |

## [PROPOSED] ORDER

Upon consideration of Defendant Attorney General Letitia A. James' Motion to Enforce Rules Prohibiting the Government's Extrajudicial Disclosures and Statements, it is hereby

**ORDERED** that Defendant's Motion to Enforce Rules Prohibiting the Government's Extrajudicial Disclosures and Statements is **GRANTED;** it is further ordered that:

1. Further government extrajudicial disclosures of investigative and case materials, and statements to the media and journalists, concerning this case and any parties or witnesses are prohibited;

2. Government counsel and agents in this case are required to obey all relevant federal laws and regulations regarding proper records retention, preserve all communications with any media person, journalist, or outlet, and take all reasonable steps to prevent the deletion or destruction of any records or communications having anything to do with the investigation and prosecution of this case; and

3. Government counsel are directed to create and maintain a log of all contact between any government attorney or agent on this case and any member of the news media or press concerning this case.

SO **ORDERED** this _____ of October 2025.

_____
Jamar K. Walker
United States District Judge