# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES,<br><br>Defendant. | Case No. 2:25-cr-122 |

## ORDER

In the interest of justice, the jury trial in this case shall begin on January 26, 2026. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties shall meet and confer and, if possible, submit a joint proposed discovery order by October 31, 2025. If the parties do not reach an agreement regarding a proposed discovery plan by that deadline, then each party shall submit a proposed discovery plan by November 3, 2025. Each party may submit a brief in support of its requested schedule, not to exceed 10 pages.

The defendant has filed a "Motion to Enforce Rules Prohibiting the Government's Extrajudicial Disclosures and Statements." ECF No. 21. The government shall file a response to the motion by Tuesday, October 28, 2025. The defendant shall file a reply by Thursday, October 30, 2025.

Any motion to dismiss the indictment based on a theory of vindictive and/or selective prosecution shall be filed by November 7, 2025. The government shall file a response by November 21, 2025. The defendant shall file a reply by November 28,

2025. The Court will hold a hearing on any such motion on December 5, 2025, at 11:00 a.m.

Any additional pretrial motions shall be filed by November 17, 2025. Responses shall be filed by December 1, 2025. Replies shall be filed by December 8, 2025. The Court will hold a hearing on any additional pretrial motions on December 17, 2025, at 11:00 a.m.

All filings discussed in this Order shall be made by 5:00 p.m. on the day of the deadline.

**IT IS SO ORDERED.**

/s/
Jamar K. Walker
United States District Judge

Norfolk, Virginia
October 24, 2025