# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. 2:25-cr-122-JKW-DEM |
| | * |
| LETITIA A. JAMES, | * |
| | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*

## LETITIA A. JAMES' MOTION TO EXCEED THE PAGE LIMIT FOR PRETRIAL MOTION

Attorney General Letitia A. James, by and through undersigned counsel, moves this Honorable Court for leave to exceed, by up to fifteen pages, the 30-page limit set forth in Eastern District of Virginia Local Criminal Rule 47(F)(3) for her forthcoming Motion to Dismiss for Vindictive and Selective Prosecution (the "Motion") and by five pages, the 20-page limit for any reply in support of the Motion.

The Motion will seek dismissal of the indictment as an unconstitutional vindictive and selective prosecution. There is good cause to enlarge the page limit for both parties because these important issues require a substantial factual recitation and legal analysis.

Counsel conferred with the government on October 28, 2025. The government does not oppose this request, and Attorney General James agrees to provide the government the same leave to exceed, by up to fifteen pages, the 30-page limit for any opposition to the Motion.

A proposed order is attached.

Dated: October 29, 2025

1

Respectfully submitted,

*/s/ Abbe David Lowell*  
Abbe David Lowell (*admitted pro hac vice*)  
David A. Kolansky (*admitted pro hac vice*)  
Isabella M. Oishi (*admitted pro hac vice*)  
LOWELL & ASSOCIATES, PLLC  
1250 H Street NW, Suite 250  
Washington, DC 20005  
Tel: 202-964-6110  
Fax: 202-964-6116  
ALowellpublicoutreach@lowellandassociates.com  
DKolansky@lowellandassociates.com  
IOishi@lowellandassociates.com  

*/s/ Andrew Bosse*  
Andrew Bosse (VSB No. 98616)  
BAUGHMAN KROUP BOSSE PLLC  
500 E. Main Street, Suite 1400  
Norfolk, VA 23510  
Tel: (757) 916-5771  
ABosse@bkbfirm.com  

*Attorneys for Letitia A. James*