# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Case No. 2:25-cr-122-JKW-DEM |
| | * |
| LETITIA A. JAMES, | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * | |

## [PROPOSED] ORDER ON LETITIA A. JAMES' MOTION TO EXCEED PAGE LIMIT

Upon motion of Attorney General Letitia A. James, for the reasons stated in the motion, and for good cause shown, the motion to exceed the page limit for Attorney General James' Motion to Dismiss for Vindictive and Selective Prosecution, is GRANTED.

Attorney General James is granted up to 45 pages for this Motion, and 25 pages for any reply in support of this Motion. The government is granted up to 45 pages for any opposition to this Motion.

SO **ORDERED** this _____ of _____ 2025.

_____
Jamar K. Walker
United States District Judge