IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> LETITIA A. JAMES, <br><br> Defendant. | Case No. 2:25-cr-122 |

## ORDER

For good cause shown, Defendant Letitia A. James's motion to exceed the page limit (ECF No. 33) for her forthcoming motion to dismiss for vindictive and selective prosecution is **GRANTED**.

The defendant is granted up to 45 pages for this motion and 25 pages for any reply in support of the motion. The government is granted up to 45 pages for any opposition to the motion.

**IT IS SO ORDERED**.

/s/ Jamar K. Walker
Jamar K. Walker
United States District Judge

Norfolk, Virginia
October 29, 2025