# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>LETITIA A. JAMES )<br>*Defendant* ) | Case No.  2:25-CR-00122-JKW-DEM |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA                                                                                             .

Date:   11/03/2025

/s/ Henry C. Whitaker
*Attorney's signature*

Henry C. Whitaker (Fla. Bar No. 1031175)
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington, D.C. 20530

*Address*

henry.whitaker@usdoj.gov
*E-mail address*

(202) 445-8942
*Telephone number*

*FAX number*