# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Case No. 2:25-cr-122-JKW-DEM |
| | * |
| LETITIA A. JAMES, | * |
| | * |
| Defendant. | * |

## [PROPOSED] ORDER ON LETITIA A. JAMES' CONSENT MOTION TO RESET HEARING DATE

Upon the motion of Attorney General Letitia A. James, for the reasons stated in the motion, with the consent of the government, and for good cause shown, the motion to reset the December 17, 2025, hearing date for additional pretrial motions is GRANTED.

The Court hereby resets the hearing on any additional pretrial motions from December 17, 2025, at 11:00 a.m., to December 22, 2025, at 3:00 p.m.

SO **ORDERED** this _____ of _____ 2025.

_____
Jamar K. Walker
United States District Judge