IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Case No. 2:25-cr-122 |
| | * |
| LETITIA A. JAMES, | * |
| | * |
| Defendant. | * |
| | * |
| *   *   *   *   *   *   * | |

## ORDER

With the consent of the government and for good cause shown, Defendant Letitia A. James's the motion to reset the December 17, 2025 hearing date for additional pretrial motions is **GRANTED**.

The Court hereby resets the hearing on any additional pretrial motions from December 17, 2025, at 11:00 a.m., to December 22, 2025, at 3:00 p.m.

/s/ *(signed)*
Jamar K. Walker
United States District Judge

Norfolk, Virginia
November 4, 2025