IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>LETITIA A. JAMES., )<br>)<br>Defendant. )<br>) | Case No.: 2:25-CR-00122-JKW-DEM |

### NOTICE OF APPEARANCE

**TO:** The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I, Treyvon D. Jordan, Esq., appear in this case as Counsel of Record for *Amici*.

 

Respectfully submitted,

_____
Treyvon D. Jordan (VA Bar 101153)
BEINS, AXELROD & KEATING, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 966-3193
tjordan@beinsaxelrod.com

*Counsel for Amici Curiae, Bipartisan Former Federal Judges and Former United States Attorneys*

Dated: November 07, 2025