IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> LETITIA A. JAMES., ) <br> ) <br> Defendant. ) | Case No.: 2:25-CR-00122-JKW-DEM |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Criminal Rule 12.4 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Bipartisan Former Federal Judges and Former United States Attorney, *amici curiae*, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said amici that have issued shares or debt securities to the public.

Respectfully submitted,

/s/

Justin P. Keating (VA Bar 75880)
Treyvon D. Jordan (VA Bar 101153)
BEINS, AXELROD & KEATING, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 966-3193
jkeating@beinsaxelrod.com
tjordan@beinsaxelrod.com

Howard M. Cooper*
Benjamin J. Wish*
Joseph M. Cacace*
Josh L. Launer*

TODD & WELD LLP
One Federal Street
Boston, MA 02110
(617) 624-2626
hcooper@toddweld.com
bwish@toddweld.com
jcacace@toddweld.com
jlauner@toddweld.com

*Pro Hac Vice Forthcoming*

*Counsel for Amici Curiae, Bipartisan Former Federal Judges and Former United States Attorney*

Dated: November 07, 2025