# Exhibit B

**Appendix of Public Statements of Executive Officials Relevant to AG James**[1]

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 1 | 10/10/2025 6:50 PM | X | Ed Martin | I've been seeing a lot of BS lately about DOJ and how things work here. Did you forget that you can't trust "anonymous sources?" (aka "liars")? Ask me, I'll tell you: Pam, Todd, me, & rest of us are kicking ass together. Just today, Todd and I (and others) sat at his conference table and plotted how to beat some bad guys. | https://perma.cc/6GX9-756H |
| 2 | 10/10/2025 7:31 AM | X | Ed Martin | [Emoji of Scales] [Reposting @AGPamBondi 10/9/25 Tweet, stating "One tier of justice for all Americans.] | https://perma.cc/VM9G-X7P5 |
| 3 | 10/09/2025 6:38 PM | X | Ed Martin | [Thumbs up Emoji] [Reposting (@EdMartinDOJ 10/09/2025 8:29 AM tweet of Eagle over Brooklyn Bridge]. | https://perma.cc/8849-S9EN |
| 4 | 10/09/2025 6:33 PM | X | Alina Habba | Called it. [Cake Emoji] [Video: 03/25/2023 Fox News interview with Alina Habba, caption: "Alina Habba goes scorched earth on Letitia James: "I hope she took a little piece of humble pie today because that was what was served to her. We'll be serving a lot more of that in the next couple of years."] | https://perma.cc/L9FZ-VP8Y |
| 5 | 10/09/2025 6:02 PM | X | William Pulte | 10. JAMES filed Schedule E tax form(s), under penalties of perjury, treating the Perrone Property as rental real estate, reporting fair rental days, zero personal use days, thousand(s) of dollars in rents received, and claiming deductions for expenses relating to the property, further contradicting the second home classification. | https://perma.cc/6RGC-BJJM |
| 6 | 10/09/2025 6:02 PM | X | Kash Patel | There simply cannot be, and will not be, different rules for different people. One system of law and order from this FBI | https://perma.cc/74W6-8SGF |

---

[1] This appendix reflects the most relevant statements made by Executive Branch officials relevant to AG James and this case.

1

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 7 | 10/09/2025 5:54 PM | X | Pam Bondi | One tier of justice for all Americans. | https://perma.cc/5ZZA-XL2Q |
| 8 | 10/09/2025 5:15 PM | X | Ed Martin | Promises made, Promises kept. | https://perma.cc/3AGT-6Y7L |
| 9 | 10/09/2025 | X | Ed Martin | Reposting:<br>No one is above the law.<br>No one.<br><br>**Post**<br>⟲ Eagle Ed Martin reposted<br>**Eagle Ed Martin** ✓   x.com<br>@EagleEdMartin<br><br>No one is above the law.<br>No one.<br><br>7:58 AM · 7/12/25 · **427K** Views<br><br>💬 1.3K    ⟲ 2.2K    ♡ 13K    🔖 109   ↑<br><br>Relevant ⌄                    View quotes › | https://perma.cc/KGF6-NZH2 |

2

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 10 | 10/09/2025 8:29 AM | X | Ed Martin | Good morning, America. How are ya'? | https://perma.cc/ASN8-XQVR |

3

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 11 | 10/8/2025 8:02 AM | X | Ed Martin | | https://perma.cc/X3GT-K6JX |
| 12 | 10/8/2025 8:01 AM | X | Ed Martin | Good morning, America. How are ya'? | https://perma.cc/HC6G-DL7B |

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 13 | 9/27/2025 | Fox News, "The Hannity Show" | Pam Bondi | Ms. Bondi: "Whether you're a former FBI director, whether you're a former head of an intel community, whether you are a current state or local elected official, whether you're a billionaire funding organizations to try to keep Donald Trump out of office. Everything is on the table. We will investigate you and we will end the weaponization. No longer will there be a two-tier system of justice . . . people will be held accountable."<br><br>Sean Hannity: . . . **How does somebody like Letitia James, just one example, run on a platform that she's gonna go after one man, one family, and one organization, the way she did, and target them the way she did. How is that possible? Alvin Bragg same thing.**<br><br>Ms. Bondi: **Well they thought they got away with it because they thought that they would defeat Donald Trump at the polls and they didn't. He won by an overwhelming majority. he is in office now, we have made it crystal clear the weaponization of this country has ended. Everything is on the table, we are investigating all the weaponization, all the wrongdoing that has happened. We are issuing subpoenas, we are looking at things around this country. People have to be held accountable. No one, Sean, is above the law. No one is above the law. And you will be held accountable.** | https://perma.cc/VKE8-4T42 |
| 14 | 8/27/2025 | Testimony before the House | Pam Bondi | Sen. Amy Klobuchar: Okay, but then how about the truth social post on September 20th, 2025 in which the President said, "We can't delay any longer, Pam," using | https://www.c-span.org/program/senate- |

5

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
|  |  | Oversight Committee, C-SPAN |  | your name, "Not bringing criminal charges are killing our reputation," his words, "… and credibility." And then goes on to tell you to prosecute a member of this committee, to prosecute the Attorney General of New York and to prosecute James Comey. Do you consider that a directive to the Justice Department?<br><br>Ms. Bondi: President Trump is the most transparent president in American history, and **I don't think he said anything that he hasn't said for years** | committee/attorney-general-pam-bondi-testifies-at-department-of-justice-oversight-hearing/666480 |
| 15 | 8/21/2025 11:15AM | X | Alina Habba | Today's ruling by the New York appeals court is a resounding victory for President Trump and his company. The court struck down the outrageous and unlawful $464 million penalty, confirming what we have said from the beginning: the Attorney General's case was politically motivated, legally baseless, and grossly excessive. President Trump won - and justice won with him. | https://perma.cc/V5ND-BMRH |

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 16 | 8/20/2025 11:11 AM | X | Ed Martin | I believe in Steve!  | https://perma.cc/3KGV-6977 |

7

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 17 | 8/20/2025 6:25 AM | X | Ed Martin | Good morning, America. How are ya'? | https://perma.cc/GYB9-NDKD |

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 18 | 8/19/2025 10:51AM | X | Ed Martin | Sidewalk conversations are sometimes the most productive. | https://perma.cc/N4BD-DA5G |
| 19 | 8/8/2025 | X | Bill Pulte | I believe Letitia James committed mortgage fraud. [Fox news clip]. | https://perma.cc/FQ2Z-YJJA |
| 20 | 5/14/2025 | X | Bill Pulte | "It doesn't matter whether you're a politician, it doesn't matter whether you're a lawyer, it doesn't matter whether you're somebody famous. If you commit mortgage fraud, we are going to go after you." Director Pulte to CNBC [video] | https://perma.cc/FQ2Z-YJJA |
| 21 | 5/13/2025 | Press Conference | Ed Martin | There are some really bad actors, some people that did some really bad things to the American people. And if they can be charged, we'll charge them. But if they can't be charged, we will name them, and we will name them. And in a culture that respects shame, they should be people that are shamed. And that's a fact, that's the way things work. And so that's that's how I believe the job operates. | https://perma.cc/SVV5-27PT |

9

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 22 | 11/13/2024 | Substack | Ed Martin | The Democrats and their operatives engaged in relentless lawfare against Trump over the last few years, but he persevered. Now, they must stop! They would be wise to stop because there will be a reckoning. Abuse of the rule of law must end. Pro-lifers, J6'ers, and people like Douglass Mackey and Daniel Penny have all faced the politically charged bludgeon of our warped judicial system. Thankfully, Jack Smith's cases have been shut down. Judge Merchan is considering dropping his case. And Letitia James has been warned not to continue with the lawfare. | https://perma.cc/BQ6Q-R7NM |
| 23 | 2/22/2024 | Substack | Ed Martin | And then there is lawfare. Every day you see more and more people arrested or harassed by government officials who don't agree wit them. The prosecution/persecution of Trump is clear and horrendous. The J6 prisoners are hostages of the lie that Pelosi/Cheney told about January 6th. Musk is being investigates. Conservative non-profits like the NRA and VDARE are targetted. Lawyers who represent conservatives are attacked by the Bar. Conservatives are cancelled and their assets diminished. (One of the most insane aspects of this moment in history: the prosecutors and their allies don't hide their conduct: they brag about it. "If you elect me, I will get Trump" might be NY AG Letitia James campaiagn slogan.) | https://perma.cc/6FST-BRF3 |
| 24 | 8/24/2020 8:15 PM | X | Pam Bondi | What Letitia James did is abhorrent. Any AG would be disqualified. Instead of focusing on the people of NY who need help, she's targeted Potus and his family on the 1st day of RNC. Her hate filled political motives are clear @tishjames [video] | https://perma.cc/U8A6-AEAA |

10

| No. | Date/Time (ET) | Location | Speaker | Comment / Post | Link |
|---|---|---|---|---|---|
| 25 | 8/20/2019 | Fox News, "Justice with Judge Jeanine" | Pam Bondi | Ms. Jeanine Pirro: All right, as an Attorney General, what are your comments on Letitia James, New York's Attorney General, the one who said she wants to take down the NRA talking about a the President and his family?<br><br>Ms. Bondi: Well, first, she is doing all of this currently while her city, while her state is in shambles, while her Governor is begging people to move back to New York. She's out there still to this day trying to take down the Trump family. And when you saw that that first clip you played, she was running for election then. She ran on a platform of going after the President and his family and she has done that nonstop. It's embarrassing as a former Attorney General that a current Attorney General would behave that way. **I think she needs to be looked at. You know, at a minimum, she needs to be disqualified from any cases involving that family. She also made a comment saying they're going to know my name laughing about the family. It's really – it's despicable what she is doing what she continues to do, she can't get away with this.** | https://perma.cc/7BWX-873M |

11