IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA,

v.

LETITIA A. JAMES,

Defendant.

Case No. 2:25-cr-122-JKW

ORDER

Upon consideration of the Motion for Leave to File Amicus Curiae Brief of Bipartisan Former Federal Judges and Former United States Attorneys in Support of Defendant's Request for Relief (ECF No. 51), the court finds good cause to grant the motion. Accordingly, it is hereby

ORDERED that the Motion (ECF No. 51) is GRANTED; and it is further

ORDERED that Movants' proposed amicus curiae brief (ECF No. 51-2) is deemed FILED.

The Clerk of Court is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
November 10, 2025