# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LETITIA A. JAMES,<br><br>*Defendant.* | No. 2:25-CR-122 (JKW) |

## NOTICE OF WAIVER OF HEARING ON MOTION

In accordance with Local Criminal Rule 47(E) and (J), undersigned counsel hereby notifies the Court that prospective Amici Curiae waive oral argument on their Motion on Behalf of Former Senior Officials of the Department of Justice for Leave to File Brief as Amici Curiae in Support of Motion to Dismiss Indictment for Vindictive Prosecution, filed contemporaneously with this Notice. Defendant James has represented that she consents to the filing of the proposed amicus brief via prospective Amici's written motion. The United States indicated that it opposes Amici's motion for leave to file, but government counsel did not provide any explanation for that opposition or specify a position with respect to waiving or holding a hearing on the motion.

Prospective Amici submit that the grounds for granting their motion for leave to file the proposed amicus brief are fully set forth in the motion itself, and that oral argument would not aid the Court's decisional process. Accordingly, prospective Amici hereby respectfully request that the Court rule on their motion on the papers, without holding a hearing.

Respectfully submitted,

*/s/ Gregory P. Rosen*
GREGORY P. ROSEN (VA Bar # 82584)
ROGERS JOSEPH O'DONNELL PC
1500 K Street N.W., Suite 800
Washington, D.C. 20005
(202) 777-8952
grosen@rjo.com

MARY L. DOHRMANN††*
JAMES I. PEARCE†*
WASHINGTON LITIGATION GROUP
1717 K Street N.W., Suite 1120
Washington, D.C. 20006
(202) 521-8750
mdohrmann@washingtonlitigationgroup.org
jpearce@washingtonlitigationgroup.org

† Admitted only in New York and North Carolina; practicing under the supervision of D.C. Bar Members
†† Admitted only in New York; practicing under the supervision of D.C. Bar Members
* Pending motion for admission *pro hac vice*

*Counsel for Amici Curiae
Former Senior Officials of the
Department of Justice*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I caused a copy of this document to be served by hand-delivery and/or electronic mail (e-mail) upon all counsel of record in this case.

*/s/ Gregory P. Rosen*
GREGORY P. ROSEN (VA Bar # 82584)
ROGERS JOSEPH O'DONNELL PC
1500 K Street N.W., Suite 800
Washington, D.C. 20005
(202) 777-8952
grosen@rjo.com
