**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LETITIA A. JAMES, | ) | Case No.: 2:25-CR-00122-JKW |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE***
**BRIEF OF PROTECT DEMOCRACY PROJECT IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS INDICTMENT BASED ON VINDICTIVE AND**
**SELECTIVE PROSECUTION**

By and through counsel, Protect Democracy Project ("Protect Democracy") respectfully moves this Court for leave to file the accompanying brief as *amicus curiae* in support of Defendant.[1] *Amicus* sought the consent of all parties to the filing of this Motion and attached brief. Ms. James consents, and the United States objects.

1. In support of its request, *amicus* states that Protect Democracy is a nationwide, nonpartisan, nonprofit organization dedicated to preventing American democracy from declining into a more authoritarian form of government; politicization of independent institutions like the Department of Justice ("DOJ") is a hallmark of authoritarianism.

2. Furthermore, since its founding in 2017, Protect Democracy has published research and analysis and engaged in legislative advocacy aimed at promoting and protecting the independence of the Department of Justice. Publications include *No "Absolute Right" to*

---

[1] Amicus waives its right to a hearing and oral argument on the motion pursuant to Local Criminal Rule 47(E).

*Control DOJ: Constitutional Limits on White House Interference with Law Enforcement Matters* in 2018;[2] *Investigating and Prosecuting Political Leaders in a Democracy: How to Assess the Difference Between Rule of Law and Abuses of Power* in 2023;[3] and *Protecting the Department of Justice from Political Interference after Trump v. United States* in 2024[4], among many others. Protect Democracy advocated for and endorsed[5] the bipartisan Security from Political Interference in Justice Act of 2019, and the Protecting Our Democracy Act, which included those provisions, from 2021–23.[6]

3. Protect Democracy's proposed brief intends to set out the larger pattern of prosecutions in which the DOJ has recently used its law enforcement powers to retaliate against a multitude of the president's perceived political opponents, and to situate the prosecution of Ms. James in that context. This pattern of irregular conduct supports Ms. James' assertion that "clear evidence" establishes the vindictiveness of the charges against her and counsels against any judicial deference to the Trump administration's exercise of prosecutorial discretion.

4. This Court has "broad discretion in deciding whether to allow a non-party to participate as an amicus curiae." *Tafas v. Dudas*, 511 F. Supp. 2d 652, 659 (E.D. Va. 2007). The Court should exercise its discretion to grant this motion because, as described above,

---

[2] https://www.documentcloud.org/documents/4498818-2018-Protect-Democracy-No-Absolute-Right-to/ (March 2018)
[3] https://protectdemocracy.org/wp-content/uploads/2023/05/Investigating-and-Prosecuting-Political-Leaders-in-a-Democracy-May-2023-formatted-paper.pdf (May 2023)
[4] https://protectdemocracy.org/wp-content/uploads/2024/12/Protecting-DOJ-after-Trump-v.-US.pdf (Dec. 2024)
[5] https://protectdemocracy.org/work/protect-democracy-part-of-bipartisan-coalition-supporting-bill-to-secure-doj-from-political-interference/ (June 2019)
[6] https://protectdemocracy.org/work/protecting-our-democracy-act-2/ (Nov. 2022)

*amicus* have a "special interest in the subject matter of the suit" and the contents of the proposed brief are "timely [and] useful." *Id.* (internal citations omitted).

## CONCLUSION

For the foregoing reasons, amicus respectfully requests that the Court accept the accompanying brief for filing.

Dated: November 12, 2025                    /s/ Victor M. Glasberg

Kristy Parker*                              Victor M. Glasberg (Va. Bar No. 16184)
Protect Democracy Project                   Abigail S. Grand (Va. Bar No. 100578)
2020 Pennsylvania Ave. NW, Suite #163       Victor M. Glasberg & Associates
Washington, D.C. 20006                      121 S. Columbus Street
Tel: (202) 579-4582                         Alexandria, VA 22314
Fax: (202) 769-3176                         Tel: (703) 684-1100
kristy.parker@protectdemocracy.org          Fax: (703) 684-1104
                                            vmg@robinhoodesq.com
Rachel Goodman*                             aGrand@robinhoodesq.com
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582                         *Counsel for Amicus Curiae Protect*
Fax: (202) 769-3176                         *Democracy Project*
rachel.goodman@protectdemocracy.org

*\*Pro Hac Vice Forthcoming*


## CERTIFICATE OF SERVICE

I, Victor Glasberg, hereby certify that on November 12, 2025, I filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Virginia via delivery service which will cause a true and correct copy of this brief to be served via electronic service on all counsel of record.

Dated: November 12, 2025                    /s/ Victor M. Glasberg
                                            Victor M. Glasberg