Judge: **Cameron M. Currie**

Date: 11/13/2025  
Time: 10:00 A.M. to 11:13 A.M.

Reporter: Diane Salters  
Courtroom Deputy: Lynnelle Creek

| UNITED STATES of AMERICA vs. | | UNITED STATES of AMERICA vs. | |
|---|---|---|---|
| **JAMES B. COMEY JR.** | **1:25-CR-272** | **LETITIA A. JAMES** | **2:25-CR-122** |
| Defendant's Name | Case Number | Defendant's Name | Case Number |
| Jessica Carmichael, Elias Kim, Ephriam McDowell, Michael Dreeben, Patrick Fitzgerald, and Rebekah Donaleski | Andrew Bosse, John Bolen, and Abbe Lowell | Henry Whitaker, Lindsey Halligan, Nathaniel Lemons, and Gabriel Diaz | |
| Counsel for Defendant Comey | Counsel for Defendant James | Counsel for Government | |

Matter called for:
- (✓) Motions
- ( ) Arraignment
- ( ) Probation/Supervised Release Hrg.
- ( ) Setting Trial Date
- ( ) Appeal from USMC
- ( ) Change of Plea Hrg.
- ( ) Sentencing
- ( ) Pre-Indictment Plea
- ( ) Rule 35
- ( ) Rule 20 & Plea ( )
- Other: _____

Defendant Comey appeared: (✓) in person  (✓) with Counsel  ( ) failed to appear  ( ) without counsel  ( ) through counsel

Defendant James appeared: ( ) in person  ( ) with Counsel  ( ) failed to appear  ( ) without counsel  (✓) through counsel

## PROCEEDING

- Motions to Dismiss Indictment based on Unlawful Appointment (1:25-cr-272, dkt. 60) (2:25-cr-122, dkt. 22)- TAKEN UNDER ADVISEMENT.
- Defendants continued on previous conditions.
- Order to follow.