IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES,<br>    *Defendant.* | No. 2:25-CR-122-JKW-DEM |

**ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF UNIVERSITY PROFESSORS AND SCHOLARS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR VINDICTIVE AND SELECTIVE PROSECUTION**

Upon consideration of the Motion for Leave to File *Amici Curiae* Brief of University Professors and Scholars in Support of Defendant's Motion to Dismiss Indictment for Vindictive and Selective Prosecution, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**, and further

2. The proposed Brief of *Amici Curiae* University Professors and Scholars is hereby deemed filed in the above-captioned action.

**SO ORDERED** this _____ day of _____, 2025.

 

_____
HON. JAMAR K. WALKER
United States District Court Judge