AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>LETITIA A. JAMES<br>*Defendant* | )<br>)<br>) Case No.  2:25-CR-00122-JKW-DEM<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici, Fifty-Eight Former State Attorneys General.

Date:   11/14/2025

/s/ Kevin E. Byrnes
*Attorney's signature*

Kevin E. Byrnes, VA Bar No. 47623
*Printed name and bar number*

Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
*Address*

kbyrnes@fluet.law
*E-mail address*

(703) 590-1234
*Telephone number*

(703) 590-0366
*FAX number*