IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA,

v.

LETITIA A. JAMES,

Defendant.

Case No.: 2:25-CR-00122-JKW-DEM

**MOTION FOR LEAVE TO FILE BRIEF OF FIFTY-EIGHT BIPARTISAN FORMER STATE ATTORNEYS GENERAL AS AMICI CURIAE IN SUPPORT OF ATTORNEY GENERAL JAMES' MOTION TO DISMISS**

Amici are fifty-eight former state attorneys general, from both major political parties, who seek leave to file the accompanying amicus curiae brief in support of the accused, New York Attorney General Letitia James. In support of this motion, they state:

1. Amici's brief makes two main points. *First*, the Court should bring heightened scrutiny to bear on the vindictive prosecution of AG James. This prosecution will chill sovereign state law enforcement, and courts have long been especially vigilant when government action infringes on core constitutional rights and structural prerogatives like the prerogative of states to enforce their own laws. *Second*, because the record shows the breakdown of the normal protections against prosecutorial misconduct, this Court should not afford the government the deference that comes with the presumption of regularity.

2. Amici are uniquely suited to make these arguments, and have a special interest in the outcome of this case. They are former state attorneys general who collectively served the public

1

for hundreds of years. They hail from states from Alaska to Wyoming. They have extensive expertise in running ethical, depoliticized prosecutions that adhere to the long-established norms the government abandoned here. And they have dedicated their careers to protecting and preserving the prerogative of state attorneys general to perform their constitutional and statutory duties.

3. This Court has "broad discretion in deciding whether to allow a non-party to participate as an *amicus curiae*." *Tafas v. Dudas*, 511 F. Supp. 2d 652, 659 (E.D. Va. 2007). District courts in this circuit have allowed the participation of non-parties at the trial level when they "provide helpful analysis of the law" or "have a special interest in the subject matter of the suit," and the court "deems the proffered information useful and timely." *Bryant v. Better Bus. Bureau of Greater Maryland, Inc.*, 923 F. Supp. 720, 728 (D. Md. 1996) (cleaned up) (granting opposed motion for leave to file amicus brief); *see, e.g., Edgar v. Coats*, 454 F. Supp. 3d 502, 522 (D. Md. 2020), *aff'd sub nom. Edgar v. Haines*, 2 F.4th 298 (4th Cir. 2021) (accepting ethics institute as amicus in former national security professionals' action challenging prepublication regimes, to provide information about the "chilling effect" of such regimes); *Ohio Valley Env't Coal., Inc. v. McCarthy*, 313 F.R.D. 10, 32 (S.D.W. Va. 2015) (accepting association of coal producers as amici in environmental advocacy organizations' lawsuit challenging EPA decision "in order to offer for the Court's consideration the perspective of the coal industry on the issue").

4. Amici sought the parties' consent to timely file this short brief on or before November 14, 2025–only a week after AG James' brief was filed, and a week before the government's brief is due. AG James consented. The government objected without giving a reason, and did not respond to an inquiry about whether it would consent to a brief of any length, on any timing.

5. Amici waive oral argument on this motion. The grounds for granting the motion are fully set forth above, and oral argument would not aid the Court's decisional process. A proposed order is attached below.

For these reasons, Amici respectfully request that this Court grant this motion.

Respectfully Submitted,

*/s/ Kevin Byrnes*

KEVIN BYRNES (VA Bar No. 47623)
FLUET
1751 Pinnacle Drive, Suite 1000,
Tysons, VA 22102
(703) 590-1234
Kbyrnes@fluet.law

JOSHUA PERRY*
VICTORIA RECALDE FELDMAN*
BRITTANY HANKE*
PERRY LAW, LLC
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 251-2619
jperry@danyaperrylaw.com

NORMAN L. EISEN*
STEPHEN A. JONAS*
JOSHUA G. KOLB*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
(202) 594-9958
Norman@democracydefenders.org
Steve@democracydefenders.org
Joshua@democracydefenders.org

WENDY R. WEISER*
MIRIAM ROSENBAUM*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

3

Weiserw@brennan.law.nyu.edu
Rosenbaumm@brennan.law.nyu.edu

*Counsel for Amici*

*\* Pro hac vice motion pending*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, the foregoing document was filed with the Clerk of the Court, and all other parties will be served through counsel.

*/s/ Kevin Byrnes*

KEVIN BYRNES (VA Bar No. 47623)
FLUET
1751 Pinnacle Drive, Suite 1000,
Tysons, VA 22102
(703) 590-1234
Kbyrnes@fluet.law