zXCIN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

    -vs-

LETITIA JAMES,
    Defendant.

No. 2:25-cr-00122-JKW-DEM

## ORDER

Upon the motion of Amicus Curiae *Lawyers Defending American Democracy*, and deeming it just and proper to do so, it is hereby ORDERED:

1. That the Motion for Leave to File Amicus Brief in Support of Letitia James' Motion to Dismiss for Vindictive Prosecution is GRANTED, and further,

2. The proposed brief submitted with the Motion shall be filed in this matter upon entry of this Order.

Entered this ___ day of ____, 2025

_____
UNITED STATES DISTRICT JUDGE