## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

    v.

LETITIA A. JAMES,

    Defendant.

Case No. 2:25-cr-122

## ORDER

On the consented-to motion of the defendant, by counsel, for an order requesting an extension of time to file pretrial motions from November 17, 2025, to December 1, 2025, and for good cause shown,

It is hereby **ORDERED** that the defendant's motion is granted and the deadline for pretrial motions is extended to December 1, 2025.

**IT IS SO ORDERED.**

/s/ _____

Jamar K. Walker
United States District Judge

Norfolk, Virginia
November 17, 2025