# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No. 2:25-cr-122-JKW-DEM |
| LETITIA A. JAMES, | * |
| Defendant. | * |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR DISCLOSURE OF CERTAIN GRAND JURY RECORDS AND LEGAL INSTRUCTIONS

Upon consideration of Defendant Letitia A. James' Motion for Disclosure of Certain Grand Jury Records and Legal Instructions;

It is hereby **ORDERED** that the Defendant's Motion is **GRANTED**.

November ____, 2025
Norfolk, Virginia

_____
Hon. Jamar K. Walker
United States District Court Judge