# Exhibit G

**"Horne, Jennifer"**     6/13/2025  12:28 PM

GM - Malloy asked me if it is our normal process to place a defect on the loan once we finish our work.  I said yes, that is normal process.  that is correct, right?

**"Sowards, Sean"**     6/13/2025  12:28 PM

Correct

**"Sowards, Sean"**     6/13/2025  12:28 PM

We put a fraud defect on the loan

**"Horne, Jennifer"**     6/13/2025  12:32 PM

do we coordinate at all w/ LQC if they need to do a full file review for rep and warrant purposes

**"Sowards, Sean"**     6/13/2025  12:33 PM

LQC consumes our findings in LQC to review for credit risk and remediation
*Horne, Jennifer*    +like  6/13/2025 12:33 PM

**"Sowards, Sean"**     6/13/2025  12:33 PM

In LQCS
*Horne, Jennifer*    +like  6/13/2025 12:34 PM

**"Horne, Jennifer"**     6/13/2025  1:19 PM

for the clear and convincing carve out for fraud - do occupancy cases ever get deemed clear and convincing evidence?

**"Sowards, Sean"** 6/13/2025 1:19 PM

checking

**"Sowards, Sean"** 6/13/2025 1:47 PM

no. occupancy fraud does not ever get deemed clear and convincing evidence as a stand alone finding.

**"Horne, Jennifer"** 6/13/2025 1:47 PM

is the landlord policy in the file

**"Sowards, Sean"** 6/13/2025 1:48 PM

yes

**"Sowards, Sean"** 6/13/2025 1:48 PM

can provide separately if you want

**"Sowards, Sean"** 6/13/2025 1:48 PM

but it's for Jan 2024 and later

**"Sowards, Sean"** 6/13/2025 1:48 PM

could not get prior policies

USAO-00115092

**"Sowards, Sean"**   6/13/2025  1:48 PM

LE would need to get that

*Horne, Jennifer*   +like   6/13/2025 1:50 PM

**"Horne, Jennifer"**   6/13/2025  1:50 PM

yes - pls send me separately and make sure it has the confidential restricted footer

*Sowards, Sean*   +like   6/13/2025 1:50 PM

**"Sowards, Sean"**   6/13/2025  1:52 PM

just sent. with footer.

**"Sowards, Sean"**   6/13/2025  2:17 PM

met with Privacy

**"Sowards, Sean"**   6/13/2025  2:18 PM

we either need to redact or get an acceptable business reason not to redact.

**"Sowards, Sean"**   6/13/2025  2:18 PM

getting counsel opinion was recommended.

**"Sowards, Sean"**   6/13/2025  2:19 PM

they will research redaction tools, but it appears as though it would be a laborious, manual process. can outsource, but that would take a lot of time.

**"Horne, Jennifer"**     6/13/2025  2:51 PM

from malloy - does the case file include the entire loan file from the servicer?

**"Sowards, Sean"**     6/13/2025  2:53 PM

negative.  that's in LQCS.

**"Horne, Jennifer"**     6/13/2025  2:53 PM

oh - ok

**"Horne, Jennifer"**     6/13/2025  2:54 PM

wow - so why is the file so big?

**"Sowards, Sean"**     6/13/2025  2:54 PM

it's probably the UoL

**"Sowards, Sean"**     6/13/2025  2:54 PM

if i pull that out it may shrink it down

**"Horne, Jennifer"**     6/13/2025  3:00 PM

no - that is ok - looks like the smart linx reports are pretty voluminous

**"Sowards, Sean"**     6/13/2025  3:00 PM

yes, those are as well.

**"Sowards, Sean"**  6/13/2025  3:02 PM

I also want to clarify occupancy and clear and convincing evidence. We used to deem stand alone occupancy as clear and convincing in certain circumstances, but Marcus gave us updated guidance that it wasn't appropriate so we ceased doing that.

**"Sowards, Sean"**  6/13/2025  3:02 PM

a couple years ago

**"Horne, Jennifer"**  6/13/2025  3:03 PM

that makes sense - occupancy is really tricky

**"Sowards, Sean"**  6/13/2025  3:06 PM

yes. and the LJ case is certainly not clear and convincing evidence

Horne, Jennifer   +like   6/13/2025 3:06 PM

**"Horne, Jennifer"**  6/13/2025  8:33 PM

director asking how we know that the neice has lived there since oct 2020

**"Horne, Jennifer"**  6/13/2025  8:33 PM

looks like that was in the lender self report - but did we independently verify?

**"Sowards, Sean"**  6/13/2025  8:37 PM

USAO-00115095

Stand by. I think it's from our research of public records.

**"Sowards, Sean"** ▮▮▮  6/13/2025  8:39 PM

Yes. From Lexis and lender self report.

**"Horne, Jennifer"** ▮▮▮  6/13/2025  8:40 PM

ok - so the lexis report will show her occupancy over the whole time period?

**"Horne, Jennifer"** ▮▮▮  6/13/2025  8:41 PM

can you show me a screen shot or something that shows that?

**"Sowards, Sean"** ▮▮▮  6/13/2025  8:41 PM

Checking

**"Sowards, Sean"** ▮▮▮  6/13/2025  8:43 PM



