OVM FINANCIAL, INC

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____ Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

[X] Conventional    Agency Case Number _____    Lender Case Number 4430025978

Interest Rate: 3.000 %

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): ▇▇ Peronne Avenue, Norfolk, VA 23509 County: Norfolk City
No. of Units: 1

Legal Description of Subject Property (attach description if necessary): ▇▇▇
Year Built: ▇▇

Purpose of Loan: [X] Purchase  ☐ Construction  ☐ Other (explain): _____
☐ Refinance  ☐ Construction-Permanent

Property will be: ☐ Primary Residence  [X] Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.
| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.
| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
|  | $ | $ |  | Cost: $ |

Title will be held in what Name(s): Letitia A James
Manner in which Title will be held: _____
Estate will be held in: [X] Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain): Checking/Savings

## III. BORROWER INFORMATION

Borrower's Name (include Jr. or Sr. if applicable): Letitia A James
Co-Borrower's Name (include Jr. or Sr. if applicable): _____

If residing at present address for less than two years, complete the following:
Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. _____
Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. _____

Uniform Residential Loan Application
Freddie Mac Form 65  7/05 (rev.6/09)
Ellie Mae, Inc.

Page 1 of 4

Fannie Mae Form 1003  7/05 (rev.6/09)

OVM 0078

**GOVERNMENT EXHIBIT 2**
2:25-CR-00122



Describe Other Income

*Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |



and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| 7/28/2020 | 14:10:32 PDT | X | |

### X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following [illegible] is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal [illegible] opportunity, fai[r] housing and home mort[gage] disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender [illegible] discriminate either on the basis of this information, or on whe[ther you] choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you [illegible] more than one designation. If yo[u] do not furnish ethnicity, race, or sex, under [illegible] regulations, this lender is required to note the information on the basis of visual obse[rvation] [illegible] surname if you have made this applicatio[n] in person. If you do not wish to furnish the information, [illegible] check the box below. (Lender must review the above material to [illegible] the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type [illegible] applied for.)

| BORROWER | ☐ I do not wish to furnish this information. | | CO-BORROWER | ☐ I do not wish to furnish this information. | | |
|---|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino | |
| Race: | ☐ American Indian or Alaska Native<br>☐ Native Hawaiian or Other Pacific Islander | ☐ Asian<br>☐ White | ☐ Black or African American | Race: | ☐ American Indian or Alaska Native<br>☐ Native Hawaiian or Other Pacific Islander | ☐ Asian<br>☐ White | ☐ Black or African American |
| Sex: | ☐ Female | ☐ Male | Sex: | ☐ Female | ☐ Male | |
| To be Completed by Loan Originator: This information was provided: | ☐ In a face-to-face interview<br>☐ In a telephone interview | | ☐ By the applicant and submitted by fax or mail<br>☐ By the applicant and submitted via e-mail or the Internet | | | |

OVM 0081