




010/R1/04F000

000

Account

**Statement Period**
Aug 5 - Sep 7, 2020

LETITIA JAMES

Page 1 of 10

## CITIBANK ACCOUNT AS OF SEPTEMBER 7, 2020

**Relationship Summary:**

| | |
|---|---|
| Checking | |
| Savings | |
| Investments (not FDIC Insured) | ----- |
| Loans | |
| Credit Cards | ----- |

**Checking**
    Regular Checking

**Savings**
    Preferred Money Market

**Total Checking and Savings at Citibank**

**Loans**
    Checking Plus Line of Credit (as of 9/07/20)

    Installment Loan (as of 8/18/20)

**Total Outstanding Loan Balance**

## CITIBANK ACCOUNT PACKAGE FEES

When determining your fees for this statement period, Citibank considered your combined average monthly balances during the prior month in all of your qualifying accounts that you asked us to combine. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements.

*The Monthly Service Fee and non-Citibank ATM fees are waived with $10,000 or more in combined average monthly balances from deposits, retirement accounts, and investments.

| Fees* | Your Combined Balance Range $25,000-$49,999 |
|---|---|
| Monthly Service Fee | None |

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

**GOVERNMENT EXHIBIT**
**8**
2:25-CR-00122

LETITIA JAMES

Statement Period - Aug 5 - Sep 7, 2020

010/R1/04F000

## CHECKING ACTIVITY — Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/25 | Debit Card Purchase 08/21 05:52a #7672 RENAISSANCE PORTSMOUTH PORTSMOUTH VA 20237 Hotels & Motels | | | |
| 08/25 | Debit Card Purchase 08/21 #7672 RENAISSANCE PORTSMOUTH PORTSMOUTH VA 20235 Hotels & Motels | | | |
| 08/27 | Debit Card Purchase 08/23 08:29p #7672 RENAISSANCE PORTSMOUTH PORTSMOUTH VA 20239 Hotels & Motels | | | |
| 09/01 | Debit Card Purchase 08/29 #7672 RENAISSANCE PORTSMOUTH PORTSMOUTH VA 20244 | | | |
| 09/01 | | | | |