# SCHEDULE E
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Supplemental Income and Loss
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041.
▶ Go to www.irs.gov/ScheduleE for instructions and the latest information.

OMB No. 1545-0074

**2020**

Attachment Sequence No. **13**

Name(s) shown on return: Letitia A James

### Part I — Income or Loss From Rental Real Estate and Royalties
Note: If you are in the business of renting personal property, use Schedule C. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions . . . . . ☐ Yes ☒ No
**B** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

A [redacted]
B [redacted] Peronne Avenue Norfolk VA 23509
C

| 1b | Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | | | | | | ☐ |
| B | 1 | | B | 146 | 0 | ☐ |
| C | | | C | | | ☐ |

**Type of Property:**
1 Single Family Residence   3 Vacation/Short-Term Rental   5 Land   7 Self-Rental
2 Multi-Family Residence   4 Commercial   6 Royalties   8 Other (describe)

| | Income: | Properties: | | A | B | C |
|---|---|---|---|---|---|---|
| 3 | Rents received | | 3 | | 1,350. | |
| 4 | Royalties received | | 4 | | | |
| | Expenses: | | | | | |
| 5 | Advertising | | 5 | | | |
| 6 | Auto and travel (see instructions) | | 6 | | | |
| 7 | Cleaning and maintenance | | 7 | | | |
| 8 | Commissions | | 8 | | | |
| 9 | Insurance | | 9 | | | |
| 10 | Legal and other professional fees | | 10 | | | |
| 11 | Management fees | | 11 | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | | 12 | | 956. | |
| 13 | Other interest | | 13 | | | |
| 14 | Repairs | | 14 | | | |
| 15 | Supplies | | 15 | | | |
| 16 | Taxes | | 16 | | 394. | |
| 17 | Utilities | | 17 | | 1,350. | |
| 18 | Depreciation expense or depletion | | 18 | | 1,408. | |
| 19 | Other (list) ▶ Extermination | | 19 | | | |
| 20 | Total expenses. Add lines 5 through 19 | | 20 | | 4,108. | |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | | 21 | | -2,758. | |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | | 22 | ( ) | ( -2,758 ) | ( ) |
| 23a | Total of all amounts reported on line 3 for all rental properties | | 23a | | | |
| b | Total of all amounts reported on line 4 for all royalty properties | | 23b | | | |
| c | Total of all amounts reported on line 12 for all properties | | 23c | | | |
| d | Total of all amounts reported on line 18 for all properties | | 23d | | | |
| e | Total of all amounts reported on line 20 for all properties | | 23e | | | |
| 24 | Income. Add positive amounts shown on line 21. **Do not** include any losses | | | | | |
| 25 | Losses. Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | | | | |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 | | | | | |

For Paperwork Reduction Act Notice, see the separate instructions.

BAA   REV 08/30/21 PRO

Schedule E (Form 1040) 2020

**GOVERNMENT EXHIBIT 9**
2:25-CR-00122