Dominion Energy Virginia
P.O. Box 26666, Richmond, VA 23261-6666
DominionEnergy.com

**PERONNE AVE** ◇ +

### Overview

**Highlights (1)**
Service connected for installation 400279431.

**Customer Overview (1)**

| Customer External ID | Name | Contract Account External ID | Contract ID | Sales Quote | Division | Move-In Date | Move-Out Date | Collective Contract Account | Customer Status | Process Type |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | | | ▇ | 09/01/2020 | Unlimited | | ■ Active | |

↕  Cancel Move-In   Cancel Move-Out   Insert Contract   Change Move-Out   Change Move-In

|< < 1 /1 > >|

↕ Refresh

### Connection Details
- Outage Status
- Outage and Trouble Reporting
- Service Orders
- Unmetered
- Exceptions
- Central
- Service Notifications
- Disconnection Documents
- Tickets
- Sales POD

Street: **PERONNE AVE**
State: Virginia
Location Supplement:
Town code: Norfolk
Building:
Postal Code:
Subdivision:
County/Region:
United States
House Supplement:
Lot Number:



GOVERNMENT EXHIBIT 10
2:25-CR-0122

