IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES<br><br>Defendant. | No. 2:25-CR-00122-JKW-DEM |

**CONSENT MOTION FOR EXTENSION OF
TIME TO RESPOND TO PRETRIAL MOTIONS**

The United States of America, by and through its attorneys, Lindsey Halligan, United States Attorney for the Eastern District of Virginia, and Roger A. Keller, Jr., Assistant United States Attorney, and with consent of Defense counsel, respectfully moves this Court to enter its order granting the United States of America (the United States) an additional three days, up to and including December 4, 2025, within which to file its Responses to Defendant's Motions for Disclosure of Certain Grand Jury Records and Memorandum in Support [ECF No. 108] and to Dismiss Indictment for Outrageous Government Conduct [ECF No. 109] based on the following:

1. Defendant is charged in an indictment filed on October 9, 2025, alleging bank fraud, in violation of 18 U.S.C. § 1344 (Count One), and false statements to a financial institution, in violation of 18 U.S.C. § 1014 (Count Two). ECF No. 1.

2. The undersigned appeared on behalf of the United States on October 22, 2025. ECF No. 19.

3. The parties appeared before Judge Walker for an arraignment and initial appearance on October 24, 2025. ECF No. 24. Defendant pleaded not guilty to the charges and requested a trial by jury. *Id.* The Court scheduled the case for trial on January 26, 2025, outside the Speedy

1

Trial Act cut-off and by agreement of the parties. *Id.* The Court also set a pretrial motions cutoff date, other than for Defendant's motion for vindictive and selective prosecution, of November 17, 2025. *Id.*

4. On November 17, 2025, Defendant filed her Motions for Disclosure of Certain Grand Jury Records and Memorandum in Support [ECF No. 108] and to Dismiss Indictment for Outrageous Government Conduct [ECF No. 109]. According to the Court's scheduling order entered on October 24, 2025, the United States' Responses to the Motions are due on December 1, 2025. ECF No. 26.

5. The United States requests an additional three (3) days, up to and including December 4, 2025, within which to respond to Defendant two (2) motions. The United States recently filed its Response to Defendant's Motion to Dismiss for Selective and Vindictive Prosecution. ECF No. 134. Moreover, the United States has produced voluminous discovery and continues to produce discovery as it becomes available, Finally, given the upcoming Thanksgiving holiday, office personnel will be unavailable to assist with the Responses' preparation.

6. The briefing schedule for pretrial motions – including the Court's order granting Defendant up to, and including, December 1, 2025, to file any additional Pretrial Motions – will otherwise remain the same as contemplated by local rules for this District, including, but not limited to, the timing set for in Local Criminal Rule 47(F).

7. Counsel for both parties have conferred, and the Defendant consents to this motion and the entry of the proposed order filed herewith.

WHEREFORE, the United States of America respectfully moves this Court to enter its Order granting the United States of America up to and including December 4, 2025, within which to respond to Defendant's Motions for Disclosure of Certain Grand Jury Records and

Memorandum in Support [ECF No. 108] and to Dismiss Indictment for Outrageous Government Conduct [ECF No. 109], and for such other and further relief as this Court deems just and appropriate.

        Respectfully submitted,

        Lindsey Halligan
        United States Attorney

By:       /s/
        Roger A. Keller, Jr.
        Missouri Bar #42541
        Assistant United States Attorney
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Phone: (757) 441-6331
        Facsimile: (757) 441-6689
        E-Mail: Roger.Keller@usdoj.gov